THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bryan Wright, Appellant.
 
 
 

Appeal From York County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No.  2009-UP-478
 Submitted October 1, 2009  Filed October
14, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Zelenka, all of Columbia; and Solicitor Kevin S. Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM: Bryan Wright appeals his convictions and sentences
 for: (1) distribution of crack cocaine, third offense, and (2) distribution of
 crack cocaine within proximity of a park.  Wright argues the jury charge on
 reasonable doubt was confusing and would allow a jury to find him guilty using a
 lesser degree of proof.  After
 a thorough review of the record, counsel's brief, and Wright's pro se brief, pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's
 motion to be relieved.[1]
APPEAL
 DISMISSED.
Hearn, C.J., Konduros, and Lockemy, JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.